UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEJANDRO FLORES-PANSO,

                   Petitioner,

    v.

NATHALIE ASHER, Field Office Director, Immigration and Customs Enforcement,

                   Respondent.

Case No. C13-1923-TSZ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's proposed habeas corpus petition and request for emergency stay of removal, respondent's return memorandum and motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's proposed habeas petition, Dkt. 1-1, is DENIED, respondent's motion to dismiss, Dkt. 9, is GRANTED, the temporary stay of removal, Dkt. 3, is VACATED, and the case is DISMISSED with prejudice.

\\

ORDER OF DISMISSAL - 1

3.   The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 1st day of April, 2014.

                                          THOMAS S. ZILLY
                                          United States District Judge

ORDER OF DISMISSAL - 2